UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

RAFAEL MERCEDES VALDEZ,

Defendant.

No. 08-cr-1137-1 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

On May 18, 2020, the Court received a letter written in Spanish by Defendant Rafael Mercedes Valdez (attached hereto). Accordingly, the Court respectfully directs the Interpreters Office to prepare an English translation of that letter for the Court's review.

SO ORDERED.

Dated: May 19, 2020
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Abril/20-2020.

DE: Rafael A. Mercedes V/dez
REGISTRO: 86402-004 (CASE-Cr-08-1137 RJS)
PRISION: NORTH LAKE CORRECTIONAL Facility.
P.O. BOX. 1.500
Baldwin Michigan - 49303

ATENSIÓN:
UNITED STATES DISTRICT COURT.
CHAMBERS OF
JUDGE RICHARD J. SULLIVAN
US. COURTOUSE
40 FOLEY SQUARE
NEW YORK. NW YORK. 10007

Por FAVOR - Pido - que me apliquen los 7 dia de rebaja - a mi sentencia de Agosto 24 od/2011. Ante e/ Honorable Juez. Richard J. Sullivan. (CASO:CR08-01137 RJS) O. En cualquier modo - que me informen a donde debo dirigirme.

Mucha Gracia

Atte

Rafael A. Mercedes

Rafael A. Macedo Valdez
Registro. 86902-004
Case= Cr-08-1137-RJS.
Prision. North Lake Correctional
P.O. Box 1500
Baldwin. Michigan. 49303

GRAND RAPIDS MI 495
21 APR 2020 PM 2 L

United States District Court
Shamber of
Judge Richard J. Sullivan
U.S. Courthouse / 40 Foley Square
New York. New York 10007.

USM40LD SDNY

10007899999