UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAFAEL MERCEDES VALDEZ,<br><br>Defendant. | No. 08-cr-1137-1 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On May 18, 2020, the Court received a letter written in Spanish by Defendant Rafael Mercedes Valdez. (Doc. No. 201.) The Court subsequently directed the Interpreters Office to prepare an English translation of that letter for the Court's review (attached hereto). Having reviewed that English translation, the Court is unable to determine what relief Defendant seeks. Accordingly, the Court will not take any action with respect to Defendant's letter at this time. Should Defendant require assistance from the Court, he must submit a more particularized letter setting forth the precise nature of his request. In addition, any further letters that Defendant submits to the Court should be in English, as the Court has previously ordered (Doc. No. 184).

SO ORDERED.

Dated:   May 26, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

[*TRANSLATION*]

[*Stamp*]:
RECEIVED 2020 MAY 12 PM 12:05
CLERK's OFFICE
U.S. COURT OF APPEALS]

April 20, 2020

| | | |
|---|---|---|
| From: | Rafael A. Mercedes Valdez | |
| Register: | 86402-004 (Case CR-08-1137 RJS) | [*Stamp*]: |
| Prison: | North Lake Correctional Facility | RECEIVED 2020 MAY 8 PM 1:49 |
| | P.O. Box 1500 | CLERK'S OFFICE |
| | Baldwin, Michigan 49303 | U.S. COURT OF APPEALS] |

Attention:
United States District Court
Chambers of Judge Richard J. Sullivan
U.S. Courthouse
40 Foley Square
New York, New York  10007

I am asking that the 7-day reduction be applied to my sentence of August 24, 2011, before the Honorable Richard J. Sullivan (case: Cr 08-01137 RJS); or if you could please let me know who I can contact to address this.

Thank you very much.

Sincerely,

Rafael A. Mercedes [*signature*]

[*Translated 5/19/2020 by SDNY Interpreters Unit (P. Gold)*]