UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAFAEL MERCEDES VALDEZ,

Defendant.

No. 08-cr-1137-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Rafael Mercedes Valdez submitted the attached letter, dated July 31, 2023, requesting that the Court reduce his monthly forfeiture payments from $100 to $25. IT IS HEREBY ORDERED THAT the government shall submit a response to this request by August 22, 2023.

The Clerk of Court is respectfully directed to docket this order and the July 31, 2023 submission attached hereto. The Clerk of Court is further directed to mail a copy of this order to Rafael Mercedes Valdez.

SO ORDERED.

Dated:   August 8, 2023
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

July 31, 2023

Dear Honorable Judge Sullivan,

I have been ordered to pay my court fees and they are withdrawing money from my account. They are deducting $100/month and I can't afford this amount. I request this Court reduce my payment to $25/month. Please help me with this matter. I have tried to get my case manager to help me with this but they stated there is nothing they can do, so I am reaching out to you. If you state that I can reduce my payment to $25/month, I can show them your changes and they will abide by that. Thank you for your valuable time and any help with this.

Sincerely,

[signature] 86402-004

#86402-004
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Case No. 08 Cr 1137 (RJS)