

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2023

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007

      Re:    *United States v. Rafael Mercedes Valdez*, 08 Cr. 1137 (RJS)

Dear Judge Sullivan:

      On August 8, 2023, the Court directed the Government to respond by August 22, 2023 to the defendant's July 31, 2023 letter to the Court, which requested a reduction in certain monthly payments being made by the defendant during his ongoing period of incarceration. (Dkt. No. 203.) The undersigned counsel for the Government was assigned to this matter today, September 5, 2023. Accordingly, the Government writes to respectfully request that the Court grant an extension of fourteen days, until September 19, 2023, for the Government to respond to the defendant's letter.

```
The government's extension request is GRANTED.
IT IS HEREBY ORDERED THAT the government shall
respond to Defendant's July 31, 2023 letter by
September 19, 2023.  The Clerk of Court is
respectfully directed to terminate the motion
at Doc. No. 205 and mail a copy of this order
to Defendant.


SO ORDERED       _____
September 6, 2023   RICHARD J. SULLIVAN
                    United States Circuit Judge
                    Sitting by Designation
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
    Georgia V. Kostopoulos
    Assistant United States Attorney
    (212) 637-2212

cc:    Rafael Mercedes Valdez (by U.S. mail)