UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAFAEL MERCEDES VALDEZ,<br><br>Defendant. | No. 08-cr-1137-1 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's September 19, 2023 opposition to Defendant Rafael Mercedes Valdez's request to reduce his monthly forfeiture payments. (Doc. No. 207.) In the event that Defendant Rafael Mercedes Valdez wishes to submit a reply to the government's opposition, IT IS HEREBY ORDERED THAT he shall do so by October 20, 2023.

The Clerk of Court is respectfully directed to mail a copy of this order to Rafael Mercedes Valdez.

SO ORDERED.

Dated:   September 20, 2023
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation